BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant DARRELL EASLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-00231 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND **ORDER** |
| v. | ) | CONTINUING COURT DATE AND |
| | ) | EXCLUSION OF TIME |
| | ) | |
| DARRELL EASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status or change of plea date in this case, currently scheduled for Friday, July 31, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued one week to Friday, August 7, 2009, at 9:00 a.m. for change of plea. The reason for the continuance is that the parties are working out the details of a plea agreement. A continuance to August 7, 2009, should give the parties sufficient time to get the plea approved and reviewed by Mr. Easley prior to the next court date. The parties stipulate that the time from July 31, 2009, to August 7, 2009 should be excluded in accordance with the provisions of

*U S v. Darrell Easley,* CR 09-00231 DLJ
Stip. Continuing Court Date                                              - 1 -

the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel taking into account the due diligence of the parties.

DATED: 7/29/09                      \_\_\_\_/s/_____
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: 7/29/09                      _____/s/_____
                                    JAMES MANN
                                    Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or change of plea date in this case, currently scheduled for Friday, July 31, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, is continued one week to Friday, August 7, 2009, at 9:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from July 31, 2009, to August 7, 2009 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel taking into account the due diligence of the parties.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:     July 30, 2009            _____
                                    HONORABLE D. LOWELL JENSEN
                                    United States District Judge

*U S v. Darrell Easley,* CR 09-00231 DLJ
Stip. Continuing Court Date                         - 2 -